UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNIE M. HESTER,

        Plaintiff,

                              CASE NO. 14-MC-51601

vs.                                     HONORABLE GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER DENYING PERMISSION TO FILE COMPLAINT

Plaintiff Annie Hester filed a petition seeking judicial review of the Commissioner's decision denying her application for benefits. (Doc. #1). Plaintiff has previously been enjoined from filing any new complaints in this court, due to her prolific filing history. On September 2, 2009, the Honorable Thomas L. Ludington barred Plaintiff from filing any further actions against the Commissioner of Social Security in the Eastern District of Michigan unless she receives written permission from the court. (Case No. 08-14575, Doc. #15). Plaintiff had already filed three actions against the Commissioner, and Judge Ludington explained that the court lacked subject-matter jurisdiction over such claims and that res judicata barred the claims. In addition, Judge Ludington's order required the Clerk of the Court to retain a copy of Judge Ludington's order and attach it to any subsequent actions filed by Plaintiff against the Commissioner.

Plaintiff has since filed multiple petitions in this district, all of which have been rejected as attempts to re-litigate the same barred claims. *See, e.g.*, *Hester v. Comm'r of*

*Soc. Sec.*, No. 14-mc-51003 (E.D. Mich. Aug. 4, 2014); *Hester v. Comm'r of Soc. Sec.*, No. 14-51431 (E.D. Mich. Oct. 29, 2014); *Hester v. Comm'r of Soc. Sec.*, No. 12-mc-51140 (E.D. Mich. Aug. 29, 2012); *Hester v. Comm'r of Soc. Sec.*, No. 14-mc-50315 (E.D. Mich. March 13, 2014). The court will construe Plaintiff's current petition as seeking permission for leave to file a complaint. A review of this petition reveals that Plaintiff is again seeking permission to re-litigate her previously-rejected claims. As has already been stated in dismissing Plaintiff's numerous previous complaints, the court lacks subject-matter jurisdiction over Plaintiff's claims, and res judicata bars the claims. Plaintiff does not offer a sufficient reason for the court to grant her permission to file another complaint against the Commissioner. Accordingly,

IT IS ORDERED that Plaintiff's November 21, 2014 request for permission to file suit against the Commissioner of Social Security (Doc. #1) is DENIED.

Dated: December 1, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 1, 2014, by electronic and/or ordinary mail and also on Annie M Hester, 64 Menlo Park, Belleville, MI 48111.

s/Barbara Radke
Deputy Clerk